# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOYCELYN MCVOY, AMY MCVOY
SMITH, JONATHAN MCVOY AND
JARED MCVOY, INDIVIDUALLY
AND ON BEHALF OF JOHNNY RAY
MCVOY

VERSUS

INTERNATIONAL PAPER COMPANY

NO.   2022 CW 1201

**NOVEMBER 18, 2022**

---

In Re:   Rimcor, Inc., applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 682228.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DISMISSED.** Pursuant to the unopposed motion to dismiss filed by relator representing that the matter has been resolved, this writ application is hereby dismissed.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT